ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Vanquish Worldwide, LLC | ) ASBCA Nos. 59966, 59967, 59968 |
| | ) 59969, 59970 |
| Under Contract No. W91B4N-11-D-7018 | ) |

APPEARANCE FOR THE APPELLANT: Todd W. Miller, Esq.
Law Office of Todd Miller, LLC
Golden, CO

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Robert B. Neill, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 19 March 2018

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59966, 59967, 59968, 59969, 59970, Appeals of Vanquish Worldwide, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals